# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1291
Lower Tribunal No. 23-8088-FC-04
_____

**Richard Todd Feldman,**
Appellant,

vs.

**Marisa Matluck,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Richard Todd Feldman, in proper person.

Kaplan Loebl PLLC, and Daniel Kaplan, and Lili Loebl, and Amanda B. Haberman, for appellee.

Before FERNANDEZ, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.